| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 1:04M00114-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 04-10143 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Stephanie A. McMahon<br>205 Bacon Street<br>Waltham, Massachusetts 02454 | EASTERN DISTRICT OF VIRGINIA | Eastern District of Virginia |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Barry R. Poretz | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 6, 2004 — TO February 6, 2005 |

**OFFENSE**

Assault, in violation of Title 18, United States Code, Section 113.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/15/04_
Date

_[signature]_
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_May 6, 2004_
Effective Date

_William G. Young_
United States Magistrate Judge