UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.

STEPHANIE McMAHON

         Defendant

CR # 04-10143 MLW

## APPOINTMENT OF FEDERAL DEFENDER

### Martin Ritchie

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of AUGUST 11, 2004 to represent said defendant in this cause until further order of the Court.

                      TONY ANASTAS
                      CLERK OF COURT

By:   /s/ Maria Simeone
        Courtroom Deputy
        The Honorable Lawrence P. Cohen

DATE: AUGUST 12, 2004

(Appt Fed def.wpd - 11/98)                                       [koapptpd.]