AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

US   v.  Stephanie McMahon

**PRESIDING JUDGE:** Cohen
**PLAINTIFF'S ATTORNEY:** Mullin
**DEFENDANT'S ATTORNEY:** Ritchie
**CASE NUMBER:** 04-10143
**TRIAL DATE(S):**
**COURT REPORTER:**
**COURTROOM DEPUTY:** US

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/13 | | ✓ | Criminal Information |
| 2 | | 8/13 | | ✓ | Plea Agreement |
| 3 | | 8/13 | | ✓ | Statement of Facts |
| 4 | | 8/13 | | ✓ | Judgment |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages